IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| ROBYN MORGAN, | ) | |
| | ) | |
| Appellee/Plaintiff, | ) | |
| | ) | Case No.: 19-2435 |
| v. | ) | |
| | ) | District Court No. 4:18-cv-00316-JAJ-HCA |
| SUNDANCE, INC., | ) | |
| | ) | |
| Appellant/Defendant. | ) | |

## **JOINT STATUS REPORT**

Now Come, Robyn Morgan ("Morgan" or "Appellee") and Sundance, Inc. ("Sundance" or "Appellant") (collectively, the "Parties"), and pursuant to the Court's Order dated December 30, 2022, provide the following status report regarding the status of the settlement and whether this appeal should be dismissed:

1.     On December 15, 2022, the U.S. District Court granted the parties Unopposed Motion for Approval of Settlement. [ECF No. 48].

2.     As a result of the District Court's approval of the settlement, there is no longer any need to stay the appeal, which can be dismissed without the award of any costs.


Dated: January 10, 2023

Respectfully submitted,


/s/ *Joel W. Rice*
Joel W. Rice
Fisher & Phillips, LLP
10 S. Wacker Dr., Ste. 3450
Chicago, IL 60606
Tel: (312) 346-8061
Fax: (312) 346-3179
jrice@fisherphillips.com

*Attorney for Appellant/Defendant*

*/s/ Jason Thompson (with permission)*
Sommers Schwartz, P.C.
One Towne Square, Suite 1700
Southfield, Michigan 48076
Tel: (248) 355-0300
Fax: (248) 746-4001
jthompson@sommerspc.com

*Attorney for Appellee/Plaintiff*

FP 44886591.1

CERTIFICATE OF SERVICE

I certify on this 10th day of January 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ *Joel W. Rice*
ATTORNEY FOR APPELLANT/DEFENDANT

FP 44886591.1